IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-137-1H

QUINCEY TYRONE CHAMPION,
    Defendant,

    v.

UNITED STATES OF AMERICA,
    Respondent.

)
)
)
)
)
)
)
)

**ORDER**

    This matter is before the court on defendant's motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2), [DE #41], and defendant's motion for judgment on the pleadings, [DE #44]. The court has carefully reviewed this matter and finds that defendant's motions rely on Amendment 599 to the United States Sentencing Guidelines ("USSG"), which modified the application note to USSG § 2K2.4, and United States v. Goines, 357 F.3d 469, 471 (4th Cir. 2004). However, defendant was convicted of a § 922(g), and his enhancement was therefore provided under USSG § 2K2.1(b)(6)(b). Amendment 599 was enacted in 2000, and defendant was sentenced in 2017. This Amendment and Goines do not afford relief to defendant. Therefore, the motions, [DE #41 and DE #44], are DENIED.

    This 18th day of December 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35